

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-13-00192-CV & 04-13-00193-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF S.S.**

From the Probate Court No. 1, Bexar County, Texas
Trial Court Nos. 2013-MH-0591 & 2013-MH-0659
Honorable Polly Jackson Spencer,[1] Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED May 14, 2014.

_____
Rebeca C. Martinez, Justice

---

[1] The Honorable Oscar Kazen presided over the hearing and verbally made the rulings on the underlying applications. The Honorable Polly Jackson Spencer signed the written orders.